# United States Bankruptcy Court
## District of Nevada

Case No. **10–16508–bam**
**Chapter 7**

In re: (Name of Debtor)
    ELROY FRANCIS
    5897 TAYLOR VALLEY AVE.
    LAS VEGAS, NV 89131

Social Security No.:
    xxx–xx–2250

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 7/29/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court